IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DAVIS-LYNCH, INC. | § | |
| | § | |
| v. | § | NO. 6:09-cv-168 |
| | § | |
| HILCORP ENERGY COMPANY, et al. | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Report and Recommendation of the Magistrate Judge, which contains his recommendation for disposition, has been presented for consideration. (Doc. No. 113).  The Magistrate Judge recommended that Defendants Weatherford U.S., L.P., WUS Holding, LLC, and Weatherford International, Inc., Hilcorp Energy Company, McRae Exploration & Production, Inc., Neumin Production Company's ("Neumin"), and Reef Exploration, L.P.'s (collectively "Defendants") Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. Nos. 21, 28, 36, 43, 70, 71) and Neumin's Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. Nos. 70, 71) be denied. Defendants objected (Doc. No. 129).  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  The Court hereby **ADOPTS** the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 4th day of January, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**